ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TOVA D. WOLKING, CSBN 259782
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    Email: tova.wolking@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| REGINA BUENAVENTURA DELA CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:13-cv-06286-DFM<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees in the amount of five-thousand and three-hundred dollars ($5,300.00), as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED:  August 1, 2014       _____
                                         HONORABLE DOUGLAS F. MCCORMICK
                                         UNITED STATES MAGISTRATE JUDGE